# DK DENNIS KENNY LAW

288 NORTH PLANK ROAD, NEWBURGH, NY 12550
PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: ...
WEB SITE: WWW.DENNISKENNYLAW.COM · E-MAIL: ...

DENNIS KENNY, ESQ. (NY & PA)
KATHERINE M. USEWICZ, ESQ.
JEFFREY C. LEO, ESQ.
SCOTT T. BLACK, ESQ. (NY & CA)
EDWARD C. DELAUTER, ESQ.
TARA L. JOHNSSON, ESQ. (FL)
JOSEPHINE GOTTESMAN ESQ.

**OF COUNSEL**
EVAN M. FOULKE, ESQ. (NY & NJ)
GREGORY M. SOBO, ESQ.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2023
```

**VIA ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: November 7, 2023

RE: Collins v. Commissioner SSA
23-CV-05383 (SDA)

Dear Judge Aaron:

This office represents Plaintiff in the above-referenced Social Security appeal.

Plaintiff's motion and memorandum of law for Judgment on the Pleadings are due on 11/22/23. Due to a glut of work that is due on or near that date, we respectfully ask the Court for a 30-day extension in which to file Plaintiff's motion. If granted, Plaintiff's motion and brief will then be due on 12/22/23. Defendant's cross-motion and brief will be due on 2/20/2024. Plaintiff's reply brief, if any, will be due on 3/12/24.

We regret any inconvenience this change may cause the Court or Counsel. Thank you for your consideration.

Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Avni Dinesh Gandhi, Esq. (Via ECF)